# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 4, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Arlene R. Lindsay, U.S.M.J.
814 Federal Plaza, Courtroom 810
Central Islip, NY 11722-4451

> *Re:* **Gopaul v. Omnitrans Inc.,** *et ano.*
> **Case No.: 2:25-cv-6824 (ARL)**
> <u>**Status Report**</u>

Dear Judge Lindsay:

This office represents Plaintiff Anupa Gopaul ("Plaintiff") in the above-referenced case. Gopaul writes in accordance with this Court's Order dated March 20, 2026 to advise the Court as how it wishes to proceed with this case in light of the fact the Defendants have not appeared.  <u>See</u> Text Only Order dated March 20, 2026.

Plaintiff is pleased to report that the parties have reached a settlement in principle, and respectfully request thirty (30) days to file a stipulation of voluntary dismissal.

Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
April 4, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Anupa Gopaul*