# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 10, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Arlene R. Lindsay, U.S.M.J.
814 Federal Plaza, Courtroom 810
Central Islip, NY 11722-4451

      *Re:*    **Gopaul v. Omnitrans Inc.,** *et ano.*
              **Case No.: 2:25-cv-6824 (ARL)**
              <u>**Letter Motion for Extension of Time & Status Report**</u>

Dear Judge Lindsay:

This office represents Plaintiff Anupa Gopaul ("Plaintiff") in the above-referenced case. Gopaul writes in accordance with this Court's Order dated June 17, 2026 to respectfully request an extension of time to file a stipulation of voluntary dismissal. <u>See</u> Text Only Order dated June 17, 2026.

The parties have reached a settlement in principle and have executed a settlement agreement. Pending confirmation of compliance with settlement terms, Plaintiff respectfully requests a thirty (30) day extension of time to file a stipulation of voluntary dismissal.

Plaintiff thanks this honorable Court for its time and attention to this case, and apologizes to this Court for its earlier failure to update the Court on the progress of this matter.

Dated: Jamaica, New York
       July 10, 2026                Respectfully submitted,

                                 **SAGE LEGAL LLC**

                                 */s/ Emanuel Kataev, Esq.*
                                 Emanuel Kataev, Esq.
                                 18211 Jamaica Avenue
                                 Jamaica, NY 11423-2327
                                 (718) 412-2421 (office)
                                 (917) 807-7819 (cellular)
                                 (718) 489-4155 (facsimile)
                                 emanuel@sagelegal.nyc

                                 *Attorneys for Plaintiff*
                                 *Anupa Gopaul*