**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL INSLIP DIVISION**

| | |
|---|---|
| ANUPA GOPAUL,<br><br>         Plaintiff,<br><br>  vs.<br><br>OMNITRANS INC. AND METRO<br>CUSTOMS BROKERS INC.,<br><br>        Defendants. | Case No.: 2:25-cv-6824 (ARL)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule'), Plaintiff Anupa Gopaul, by and through her undersigned counsel, hereby provides notice that this case and all claims asserted therein be dismissed with prejudice and without costs.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant has not served either an answer or a motion for summary judgment. Accordingly, this action may be dismissed without a court order. Id.

Dated: Flushing, New York
      August 14, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

 /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Anupa Gopaul*